IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

DEC 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE DE JESUS CORONA-IBARRA<br><br>Defendant. | CR NO: 1:18-CR-00209-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: JOSE DE JESUS CORONA-IBARRA
Detained at: Kings County Jail
Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: 8 U.S.C. § 1326(a)/(b)(2) – Deported Alien Found in US
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence
    is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Laura D. Withers
Printed Name & Phone No: LAURA D. WITHERS, 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/3/18

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | JOSE DE JESUS CORONA | ☒Male ☐Female | |
| Booking or CDC #: | 18-004761 | DOB: | 09/19/1977 |
| Facility Address: | | Race: | Hispanic |
| Facility Phone: | 559-350-6700 | FBI#: | 201 131 MB6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                    (signature)