IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
JAN 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.　　　　　　　　　　　CR NO: 1:18-CR-00209-DAD-BAM

JOSE DEJESUS CORONA-IBARRA

　　　　Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | JOSE DEJESUS CORONA-IBARRA | |
| Detained at: | Kings County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint |
| | | charging detainee with: 8 U.S.C. § 1326(a)/(b)(2) – Deported Alien Found in US |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laura D. Withers |
| Printed Name & Phone No: | LAURA D. WITHERS, 559-497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 1/29/19　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | JOSE DE JESUS CORONA | ☒Male ☐Female | |
| Booking or CDC #: | 18-004761 | DOB: | |
| Facility Address: | | Race: | Hispanic |
| Facility Phone: | 559-350-6700 | FBI#: | 201 131 MB6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

　　　　　　　　　　(signature)