IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 11 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE DE JESUS CORONA-IBARRA

    Defendant.

CR NO: 1:18-CR-00209-DAD-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | JOSE DE JESUS CORONA-IBARRA |
| Detained at: | | WASCO SP |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 8 U.S.C. § 1326(a)/(b)(2) – Deported Alien Found in US |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Laura D. Withers |
| Printed Name & Phone No: | LAURA D. WITHERS, 559-497-4000 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/11/19

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | JOSE DE JESUS CORONA | ☒ Male ☐ Female | |
| Booking or CDC #: | P76364 | DOB: | 09/19/1977 |
| Facility Address: | 701 Scofield Ave., Wasco CA 93263 | Race: | Hispanic |
| Facility Phone: | 661-758-8400 ex. 5331 | FBI#: | 201 131 MB6 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)